1  GENNARO A. FILICE III (State Bar No. 061112)
   *gfilice@kslaw.com*
2  NICHOLAS D. KAYHAN (State Bar No. 129878)
   *nkayhan@kslaw.com*
3  AMBER M. TRINCADO (State Bar No. 260186)
   *atrincado@kslaw.com*
4  MEGAN R. NISHIKAWA (State Bar No. 271670)
5  *mnishikawa@kslaw.com*
   BAILEY J. LANGNER (State Bar No. 307753)
6  *blangner@kslaw.com*
7  **KING & SPALDING LLP**
   101 Second Street, Suite 2300
8  San Francisco, CA  94105
   Telephone:    415-318-1200
9  Facsimile:    415-318-1300

Attorneys for Defendant
BASF CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO SUBURBAN WATER DISTRICT<br><br>Plaintiff,<br><br>v.<br><br>ELEMENTIS CHROMIUM INCORPORATED, OCCIDENTAL CHEMICAL CORPORATION, HONEYWELL INCORPORATED, BASF CORPORATION, PPG INCORPORATED, E.I. DU PONT DE NEMOURS AND COMPANY, LUXFER HOLDINGS PLC, UNIVAR INCORPORATED, SIGMA-ALDRICH CORPORATION, and DOW CHEMICAL COMPANY<br><br>Defendants. | Case No. 2:17-cv-01353 KJM GGH<br><br>**STIPULATION AND ORDER RE SCHEDULING AND CASE MANAGEMENT** |

STIPULATION AND ORDER RE SCHEDULING AND CASE MANAGEMENT
(Case No. 2:17-cv-01353 KJM GGH)

The parties Sacramento Suburban Water District, Elementis Chromium Incorporated, Occidental Chemical Corporation, Honeywell International Inc., BASF Corporation, PPG Incorporated, E.I. Du Pont De Nemours and Company, Univar Inc., Univar USA Inc., Luxfer Holdings PLC, Sigma-Aldrich Corporation, and The Dow Chemical Company, through their undersigned counsel hereby stipulate and agree to the following:

- The Defendants named above were served on different dates. As a result, Defendants' responsive pleadings are due on different dates.

- Honeywell Incorporated was improperly named as a defendant, and thus service was not initially effectuated. By this stipulation, Plaintiff agrees that the current Complaints should be deemed, through interlineation, to substitute Honeywell International Inc. for Honeywell Incorporated. Plaintiff also will name Honeywell International Inc. (rather than Honeywell Incorporated) in any later amendment to the Complaints. Making no admissions and reserving all appropriate legal and factual defenses, counsel for Honeywell International Inc. agrees to respond to the pending Complaints as if Honeywell International Inc. had been properly served, and it will be bound by the deadlines and provisions set forth in this Stipulation.

- Univar Inc., erroneously named in the Complaint as Univar Incorporated, filed an Answer to the Complaint on August 17, 2017. By this stipulation, Plaintiff agrees the above-captioned action is hereby dismissed as against Univar Inc. only, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff shall file a stipulated dismissal pursuant thereto. Plaintiff reserves all of its rights as against all other defendants. The parties further agree that the current Complaints should be deemed, through interlineation, to substitute Univar USA Inc. for Univar Incorporated. Plaintiff also will name Univar USA Inc. (rather than Univar Inc.) in any later

2
STIPULATION AND ORDER RE SCHEDULING AND CASE MANAGEMENT
(Case No. 2:17-cv-01353 KJM GGH)

amendment to the Complaints. Making no admissions and reserving all appropriate legal and factual defenses, counsel for Univar USA Inc. agrees to respond to the pending Complaints as if Univar USA Inc. had been properly served, and it will be bound by the deadlines and provisions set forth in this Stipulation.

- Defendants have agreed to coordinate their responsive pleadings and have met and conferred with Plaintiff and agreed to the following schedule:
    o All Defendants named in this stipulation will file responsive pleadings by September 25, 2017;
    o Plaintiff will respond to any pleading motions by October 25, 2017; and
    o Defendants will file reply briefs by November 8, 2017;
    o The parties propose a hearing date of November 17, 2017, or the soonest the Court can hear the matter following the filing of the reply briefs.
- The parties request that a Case Management Conference be set 60 days after oral argument on Defendants' pleading motions or entry of a minute order indicating that oral argument will not be necessary.
- The Defendants listed above have been named in a related action brought by Rio Linda Elverta Community Water District (Case No. 2:17-cv-01349 KJM GGH), which is also pending in this Court. (See Related Case Order.) The parties met and conferred and agreed that these matters should be coordinated for pretrial purposes, with a single case management schedule to be proposed before the first Case Management Conference. The parties also request leave of Court to deem pleadings and discovery filed or served in one case as filed or served in both cases.

So stipulated.

3
STIPULATION AND ORDER RE SCHEDULING AND CASE MANAGEMENT
(Case No. 2:17-cv-01353 KJM GGH)

Pursuant to Local Rule 131(e), all undersigned counsel have authorized BASF Corporation's counsel, Amber M. Trincado, to sign and submit this Stipulation on their behalf.

Dated: September 14, 2017          KING & SPALDING LLP

By: */s/Amber M. Trincado* _____
    Amber M. Trincado

Attorneys for Defendant
BASF CORPORATION

Dated: September 14, 2017          SHER EDLING LLP

By: */s/Matthew K. Edling* _____
    As authorized on September 13, 2017
    Matthew K. Edling

Attorneys for Plaintiff
SACRAMENTO SUBURBAN WATER DISTRICT

Dated: September 14, 2017          MORGAN, LEWIS & BOCKIUS LLP

By: */s/Greg A. Christianson* _____
    As authorized on September 14, 2017
    Greg A. Christianson

Attorneys for Defendant
ELEMENTIS CHROMIUM INCORPORATED

| | | |
|---|---|---|
| 1 | Dated: September 14, 2017 | BARG COFFIN LEWIS & TRAPP, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: */s/John F. Barg* _____ |
| | | As authorized on September 13, 2017 |
| 5 | | John F. Barg |
| 6 | | Attorneys for Defendant |
| | | OCCIDENTAL CHEMICAL CORPORATION |
| 7 | | |
| 8 | Dated: September 14, 2017 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 9 | | |
| 10 | | By: */s/Stephanie B. Weirick* _____ |
| 11 | | As authorized on September 13, 2017 |
| | | Stephanie B. Weirick |
| 12 | | |
| 13 | | Attorneys for Defendant |
| | | HONEYWELL INTERNATIONAL INC. |
| 14 | Dated: September 14, 2017 | BEVERIDGE & DIAMOND, P.C. |
| 15 | | |
| 16 | | |
| 17 | | By: */s/Gary J. Smith* _____ |
| | | As authorized on September 13, 2017 |
| 18 | | Gary J. Smith |
| 19 | | Attorneys for Defendant |
| | | PPG INDUSTRIES, INC., |
| 20 | | sued as PPG INCORPORATED |
| 21 | Dated: September 14, 2017 | GLYNN & FINLEY, LLP |
| 22 | | |
| 23 | | |
| 24 | | By: */s/Andrew T. Mortl* _____ |
| | | As authorized on September 13, 2017 |
| 25 | | Andrew T. Mortl |
| 26 | | Attorneys for Defendant |
| | | E.I. DU PONT DE NEMOURS AND |
| 27 | | COMPANY |
| 28 | | |

| | | |
|---|---|---|
| Dated: September 14, 2017 | | ARCHER & GREINER P.C. |

By: */s/Carlos M. Bollar*_____
    As authorized on September 13, 2017
    Carlos M. Bollar

Attorneys for Defendant
LUXFER HOLDINGS PLC

Dated: September 14, 2017          ALEXANDER & ASSOCIATES, PC

By: */s/Alisyn J. Palla*_____
    As authorized on September 13, 2017
    Alisyn J. Palla

Attorneys for Defendant
UNIVAR USA INC. and UNIVAR INC.

Dated: September 14, 2017          STEPTOE & JOHNSON LLP

By: */s/Jay E. Smith*_____
    As authorized on September 13, 2017
    Jay E. Smith

Attorneys for Defendant
SIGMA-ALDRICH CORPORATION

1  Dated: September 14, 2017                          MITCHELL CHADWICK LLP

                                                     By: */s/Clifton J. McFarland*
                                                         As authorized on September 13, 2017
                                                         Clifton J. McFarland

                                                     Attorneys for Defendant
                                                     THE DOW CHEMICAL COMPANY

IT IS SO ORDERED.

DATED: September 19, 2017.       _____
                                  UNITED STATES DISTRICT JUDGE