**MICHAEL L. WILLIAMS (D.C. Bar 471618)**
**Trial Attorney**

**BETHANY J. HENNEMAN (MD Atty # 1512150313)**
**Trial Attorney**

**U.S. Department of Justice**
**Civil Division, Environmental Tort Litigation Section**
**P.O. Box 340, Ben Franklin Station**
**Washington, D.C. 20044**
**Telephone: (202) 307-3839**
**Facsimile: (202) 616-4473**

**THOMAS J. ALFORD (MN Bar No. 0388221)**
**Trial Attorney**

**U.S. Department of Justice**
**Environmental and Natural Resources Division,**
**Environmental Defense Section**
**Washington, D.C. 20044**
**Telephone: (202) 514-0165**
**Facsimile No.: 202-514-8865**

**Attorneys for United States of America**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIO LINDA ELVERTA COMMUNITY WATER DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, ELEMENTIS CHROMIUM INCORPORATED, OCCIDENTAL CHEMICAL | No. 2:17-cv-01349 KJM GGH |

STIPULATION TO STAY PLAINTIFFS' COUNTS AGAINST
THE UNITED STATES OF AMERICA AND SCHEDULING ORDER FOR
DEFENDANT UNITED STATES OF AMERICA

- 1

| | |
|---|---|
| **CORPORATION, HONEYWELL INCORPORATED, BASF CORPORATION, PPG INCORPORATED, E.I. DU PONT DE NEMOURS AND COMPANY, UNIVAR INCORPORATED, LUXFER HOLDINGS PLC, SIGMA-ALDRICH CORPORATION, and DOW CHEMICAL COMPANY,**<br><br>**Defendants.**<br>_____<br><br>**SACRAMENTO SUBURBAN WATER DISTRICT,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ELEMENTIS CHROMIUM INCORPORATED, OCCIDENTAL CHEMICAL CORPORATION, HONEYWELL INCORPORATED, BASF CORPORATION, PPG INCORPORATED, E.I. DU PONT DE NEMOURS AND COMPANY, UNIVAR INCORPORATED, LUXFER HOLDINGS PLC, SIGMA-ALDRICH CORPORATION, DOW CHEMICAL COMPANY, and THE UNITED STATES OF AMERICA,**<br><br>**Defendants.** | <br><br><br><br><br><br>No. 2:17-cv-01353 KJM GGH<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**STIPULATION TO STAY PLAINTIFFS' COUNTS AGAINST THE UNITED STATES OF AMERICA AND PROPOSED SCHEDULING ORDER FOR DEFENDANT UNITED STATES OF AMERICA** |

**STIPULATION TO STAY PLAINTIFFS' COUNTS AGAINST THE UNITED STATES AND PROPOSED SCHEDULING ORDER FOR DEFENDANT UNITED STATES**

Plaintiffs, Rio Linda Elverta Community Water District and Sacramento Suburban Water District, and Defendant, United States of America, in the above-captioned related matters, through their undersigned counsel hereby stipulate and agree to the following:

### A. PLAINTIFFS' FIRST-FILED SUITS IN THE UNITED STATES COURT OF FEDERAL CLAIMS

1. Plaintiffs, Rio Linda Elverta Community Water District and Sacramento Suburban Water District, filed actions against the United States of America and the United States Department of the Air Force in the United States Court of Federal Claims on June 23, 2017. The Court of Federal Claims case numbers are: *Rio Linda Elverta Community Water District vs. The United States of America, et al.*, Case No. 1:17-cv-00859-VJW; and *Sacramento Suburban Water District vs. The United States of America, et al.,* Case No. 1:17-cv-00860-RHH.

2. Plaintiffs subsequently filed lawsuits in the Eastern District of California against the United States, *Rio Linda Community Water District v. United States, et al.,* Case No. 2:17-cv-01349-WBS-GGH on June 30, 2017 and *Sacramento Suburban Water District v. Elementis Chromium Inc., et al.*, Case No. 2:17-cv-01353-TLN-AC on July 12, 2017. Service on the United States has been effectuated pursuant to Federal Rule of Civil Procedure 4. The default deadline for the United States to answer or otherwise plead for the two District Court lawsuits is September 25, 2017.

3. Counsel for the United States in the above-captioned actions and separate Counsel for the United States in the parallel actions in the Court of Federal Claims met and conferred with Plaintiffs' counsel on September 14 and 20, 2017, concerning the overlapping issues in each case, means of litigating the matters efficiently without duplicating issues or needlessly burdening judicial resources. Counsel discussed the application of 28 U.S.C. section 1500 and the Supreme Court's most recent interpretation of that section in *U.S. v. Tohono O'Odham Nation*, 563 U.S. 307 (2011), as it related to parallel actions pending in the Court of Federal Claims and in

District Court. *See, e.g. Tecon Engineers, Inc. v. U.S.*, 170 Ct.Cl. 389, 343 F.2d 943 (1965), *cert. denied* 382 U.S. 976 (announcing rule); *Hardwick Bros. Co. II v. U.S.*, 72 F.3d 883 (Fed.Cir. 1995) (confirming *Tecon* after Federal Circuit and Supreme Court review of the order of filing rule); *Brandt v. U.S.*, 710 F.3d 1369 (Fed.Cir. 2013) (interpreting *Tecon's* order of filing rule in context of post-judgment period before opportunity to appeal has expired). Counsel also discussed Ninth Circuit authority related to the first-to-file rule and federal comity. *Alltrade v. Uniweld Prods., Inc.,* 946 F.2d 622, 625 (9th Cir. 1991); *Pacific Coast Breaker, Inc. v. Connecticut Elec., Inc.*, Civ. No. 10-3134 KJM EFB, 2011 WL 2073796 (E.D. Cal. May 24, 2011).

4. Though Plaintiffs characterize their claims for relief as non-duplicative, Plaintiffs and Defendant, United States, have agreed that the United States Court of Federal Claims cases against the United States and Eastern District of California counts against the United States raise common core issues and should not proceed concurrently.

5. Plaintiffs proposed a joint stipulation to stay the Court of Federal Claims cases in favor of the District Court action for, among other reasons, the non-Government defendants would not have an opportunity to participate in the Court of Federal Claims proceedings and to avoid multiple proceedings on common issues recommending that the District Court action proceed first. The Government declined to stipulate. As such, Plaintiffs intend to file a motion to stay the Court of Federal Claims cases.

6. The United States has not agreed to join a request from Plaintiffs to stay the Court of Federal Claims cases.

7. The Court of Federal Claims has not yet received or ruled upon a request to stay the Court of Federal Claims cases.

**B. CASE MANAGEMENT DEADLINES FOR DEFENDANT UNITED STATES IN THE EASTERN DISTRICT OF CALIFORNIA**

1. Plaintiffs and Defendant, United States, have agreed that Plaintiffs' counts against the United States in the Eastern District of California should be stayed at least for the period of time that may be required for Plaintiffs to obtain a ruling from the United States Court of Federal Claims on Plaintiffs' anticipated motions to stay Plaintiffs' concurrently pending United States Court of Federal Claims cases.

2. Plaintiffs and Defendant, United States, have agreed that if the United States Court of Federal Claims enters orders staying the United States Court of Federal Claims cases against the United States and the United States Air Force, then Plaintiffs' cases against the United States in the Eastern District of California should proceed.

3. Plaintiffs and Defendant, United States, have agreed upon and request that this Court order the following schedule:

    a. Plaintiffs' counts against the United States in the Eastern District of California are stayed at least for the period of time that may be required for Plaintiffs to obtain a ruling from the United States Court of Federal Claims on Plaintiffs' anticipated motions to stay Plaintiffs' concurrently pending United States Court of Federal Claims cases.

    b. If the United States Court of Federal Claims enters orders staying or dismissing Plaintiffs' United States Court of Federal Claims lawsuits against the United States and the United States Department of Air Force, then Plaintiffs' counsel will file a notice with the Eastern District of California of the orders.

    c. If the United States Court of Federal Claims enters orders staying Plaintiffs' United States Court of Federal Claims lawsuits against the United States and the United States Department of Air Force, then the following filing deadlines will apply to Plaintiffs' counts against the United States:

        i. Defendant, United States, will plead to or otherwise file a responsive pleading to any counts alleged against it in the District Court cases

within 60 days of Plaintiffs' notification that its United States Court of Federal Claims cases have been stayed.

    ii. Plaintiffs will respond to any pleading motion by 28 days thereafter.

    iii. Defendant, United States, will file a reply brief in support of any pleading motion within 14 days thereafter.

4. So stipulated.

STIPULATION TO STAY PLAINTIFFS' COUNTS AGAINST
THE UNITED STATES OF AMERICA AND SCHEDULING ORDER FOR
DEFENDANT UNITED STATES OF AMERICA

- 6

Pursuant to Local Rule 131(e), the undersigned Plaintiffs' counsel in the above-captioned related matters has authorized counsel for the United States, Michael L. Williams, to sign and submit this STIPULATION TO STAY PLAINTIFFS' COUNTS AGAINST THE UNITED STATES OF AMERICA AND PROPOSED ORDER FOR DEFENDANT UNITED STATES OF AMERICA on his behalf.

Dated: September 21, 2017      /s/ Michael L. Williams
MICHAEL L. WILLIAMS (D.C. Bar 471618)
Trial Attorney
U.S. Department of Justice
Civil Division, Environmental Tort Litigation
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-3839
Facsimile: (202) 616-4473
Email: Michael.L.Williams@usdoj.gov

Attorney for the UNITED STATES OF AMERICA

Dated: September 21, 2017      /s/ Matthew K. Edling
As authorized on September 21, 2017
Matthew K. Edling
**SHER EDLING LLP**
100 Montgomery St., Ste. 1410
San Francisco CA 94104
Telephone: (628) 231-2500
Facsimile: (628) 231-2929
Email:Matt@sheredling.com

Attorney for Plaintiffs, RIO LINDA ELVERTA COMMUNITY WATER DISTRICT and SACRAMENTO SUBURBAN WATER DISTRICT

STIPULATION TO STAY PLAINTIFFS' COUNTS AGAINST
THE UNITED STATES OF AMERICA AND SCHEDULING ORDER FOR
DEFENDANT UNITED STATES OF AMERICA

**ORDER**

Pursuant to the above stipulation, and good cause appearing, the court orders the following:

Plaintiffs' counts against the United States in the Eastern District of California are stayed at least for the period of time that may be required for Plaintiffs to obtain a ruling from the United States Court of Federal Claims on Plaintiffs' anticipated motions to stay Plaintiffs' concurrently pending United States Court of Federal Claims cases.

If the United States Court of Federal Claims enters orders staying or dismissing Plaintiffs' United States Court of Federal Claims lawsuits against the United States and the United States Department of Air Force, then Plaintiffs' counsel will file a notice with the Eastern District of California of the orders **within 48 hours, or 72 hours if the orders are issued on a Friday**.

If the United States Court of Federal Claims enters orders staying Plaintiffs' United States Court of Federal Claims lawsuits against the United States and the United States Department of Air Force, then the following filing deadlines will apply to Plaintiffs' counts against the United States:

1) Defendant, United States, will plead to or otherwise file a responsive pleading to any counts alleged against it in the District Court cases within 60 days of Plaintiffs' notification that its United States Court of Federal Claims cases have been stayed.

2) Plaintiffs will respond to any pleading motion by 28 days thereafter.

3) Defendant, United States, will file a reply brief in support of any pleading motion within 14 days thereafter.

IT IS SO ORDERED.

Date: September 25, 2017.

_____
UNITED STATES DISTRICT JUDGE