1  GENNARO A. FILICE III (State Bar No. 061112)
     *gfilice@kslaw.com*
2  NICHOLAS D. KAYHAN (State Bar No. 129878)
     *nkayhan@kslaw.com*
3  AMBER M. TRINCADO (State Bar No. 260186)
     *atrincado@kslaw.com*
4  MEGAN R. NISHIKAWA (State Bar No. 271670)
     *mnishikawa@kslaw.com*
5  BAILEY J. LANGNER (State Bar No. 307753)
     *blangner@kslaw.com*
6
7  **KING & SPALDING LLP**
   101 Second Street, Suite 2300
8  San Francisco, CA  94105
   Telephone:      415-318-1200
9  Facsimile:      415-318-1300

10 Attorneys for Defendant
11 BASF CORPORATION

12                  UNITED STATES DISTRICT COURT

13                  EASTERN DISTRICT OF CALIFORNIA

14

15 SACRAMENTO SUBURBAN WATER          Case No. 2:17-cv-01353 KJM GGH
   DISTRICT,
16                                     **STIPULATION TO TREAT NON-
                    Plaintiff,         GOVERNMENT DEFENDANTS' RULE
17                                     12(b)(6) MOTIONS TO DISMISS AS
              v.                       APPLICABLE TO PLAINTIFF'S
18                                     SECOND AMENDED COMPLAINT; AND
   ELEMENTIS CHROMIUM                  ORDER**
19 INCORPORATED, ET AL.,

20                  Defendants.

21

22

23

24

25

26

27

28

---

Plaintiff Sacramento Suburban Water District ("Sacramento Suburban" or "Plaintiff") and Defendants Elementis Chromium Incorporated, Occidental Chemical Corporation, Honeywell International, Inc., BASF Corporation, PPG Industries, Inc. sued as PPG Incorporated, E.I. Du Pont de Nemours and Company, Univar Inc., Univar USA, Inc., Luxfer Holdings PLC, Sigma-Aldrich Corporation, and The Dow Chemical Company (together the "Non-Government Defendants"), in the above-captioned matter, through their undersigned counsel, hereby stipulate and agree to the following:

**I.     Recitals**

1.     *Whereas* Plaintiff Sacramento Suburban filed its First Amended Complaint ("FAC") in the above-captioned matter on July 12, 2017 (*see* Dkt. No. 4).

2.     *Whereas* the Non-Government Defendants filed a Rule 12(b)(6) Motion to Dismiss the Nuisance, Trespass, and Utility Tampering Causes of Action in Plaintiff's FAC on September 18, 2017 (*see* Dkt. No. 27).

3.     *Whereas* Defendants Honeywell International Inc. and Univar USA Inc. filed a Rule 12(b)(6) Motion to Dismiss Plaintiff's FAC for failure to state a claim on September 25, 2017 (*see* Dkt. No. 45).

4.     *Whereas* Plaintiff subsequently filed its Second Amended Complaint ("SAC") on March 20, 2018 after obtaining the consent of all defendants (*see* Dkt. No. 74; *see also* Dkt. No. 73, Stipulation and Proposed Order for Staying Actions and to File Amended Complaint by Sacramento Suburban Water District).

5.     *Whereas* Plaintiff's SAC as to the Non-Government Defendants is identical to Plaintiff's FAC.  Plaintiff did not include any additional causes of action against the Non-Government Defendants in its SAC, nor did Plaintiff modify or amend any of its causes of action previously asserted in its FAC.

6.     *Whereas* Defendants' deadline to respond to Plaintiff's SAC is April 3, 2018.  *See* Fed. R. Civ. P. 15(a)(3).

7.     *Whereas* this Court may, in its discretion, treat Non-Government Defendants'

motions to dismiss as to Plaintiff's FAC (Dkt. Nos. 27 and 45) as if they were filed in response to Plaintiff's SAC. *See DeFrees v. Kirkland*, No. CV 11-4272 GAF (SPX), 2012 WL 12885114, at *13 (C.D. Cal. July 20, 2012), *aff'd in part, remanded in part*, 579 F. App'x 538 (9th Cir. 2014) ("[D]efendants should not be required to file a new motion to dismiss simply because an amended pleading was introduced while their motion was pending. If some of the defects raised in the original motion remain in the new pleading, the court simply may consider the motion as being addressed to the amended pleading.").

8.      *Whereas* Plaintiff and the Non-Government Defendants agree that there are no differences between Plaintiff's FAC and SAC as they relate to the Non-Government Defendants.

9.      *Whereas* Plaintiff and the Non-Government Defendants agree it is permissible and appropriate for the Court to treat Non-Government Defendants' motions to dismiss as if they were filed in response to Plaintiff's SAC.

## II.      [Proposed] Order Treating Non-Government Defendants' Rule 12(b)(6) Motions to Dismiss as Applicable to Plaintiff's Second Amended Complaint

1.      The Court will treat Non-Government Defendants' Rule 12(b)(6) motions to dismiss (Dkt. Nos. 27 and 45) as if filed in response to Plaintiff's SAC.

2.      The schedule for subsequent briefing, including Plaintiff's opposition to Non-Government Defendant's motions to dismiss and Non-Government Defendants' replies, will be determined pursuant to the Stipulation to Stay Actions and File Amended Complaint, filed on March 20, 2018, once the further stay has been lifted (*see* Dkt. No. 73, at 5).

3.      Alternatively, if the Court declines to enter the Stipulation to Stay Actions and File Amended Complaint, the briefing schedule will be governed by the October 16, 2017 Stipulation and Order to Stay Actions setting forth a briefing schedule. (Dkt. No. 55 at 4). Pursuant to that Stipulation and Order, the following dates apply:

a.      Plaintiff's opposition to the Non-Government Defendants' pending Rule 12 motions is due April 30, 2018.

b.      Non-Government Defendants' replies to Plaintiff's opposition is due May

14, 2018.

        c.      Non-Government Defendants' pending Rule 12 motions will be heard on June 1, 2018, pursuant to the Court's February 13, 2018 Minute Order (Dkt. No. 68).

Pursuant to Local Rule 131(e), all undersigned counsel have authorized BASF Corporation's counsel, Amber M. Trincado, to sign and submit this Stipulation on their behalf.

Dated: April 3, 2018               SHER EDLING, LLP

                          By:    */s/Timothy R. Sloane*
                               (as authorized on 4/3/18)
                               Timothy R. Sloane

                         Attorneys for Plaintiff
                         SACRAMENTO SUBURBAN WATER DISTRICT

Dated: April 3, 2018               KING & SPALDING LLP

                          By:    */s/Amber M. Trincado*
                               Amber M. Trincado

                         Attorneys for Defendant
                         BASF CORPORATION

Dated: April 3, 2018               BARG COFFIN LEWIS & TRAPP, LLP

                          By:    */s/John F. Barg*
                               (as authorized on 3/29/18)
                               John F. Barg

                         Attorneys for Defendant
                         OCCIDENTAL CHEMICAL CORPORATION

Dated: April 3, 2018

MORGAN, LEWIS & BOCKIUS, LLP

By: _/s/Ellie F. Chapman_
(as authorized on 4/2/18)
Ellie F. Chapman

Attorneys for Defendant
ELEMENTIS CHROMIUM INCORPORATED

Dated: April 3, 2018

ARNOLD PORTER KAYE SCHOLER LLP

By: _/s/Stephanie B. Weirick_
(as authorized on 3/30/18)
Stephanie B. Weirick

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC.

Dated: April 3, 2018

BEVERIDGE & DIAMOND, P.C.

By: _/s/Gary J. Smith_
(as authorized on 3/29/18)
Gary J. Smith

Attorneys for Defendant
PPG INDUSTRIES, INC., sued as PPG
INCORPORATED

Dated: April 3, 2018

GLYNN & FINLEY, LLP

By: _/s/Andrew T. Mortl_
(as authorized on 3/29/18)
Andrew T. Mortl

Attorneys for Defendant
E.I. DU PONT DE NEMOURS AND COMPANY

STIPULATION TO TREAT NON-GOVERNMENT DEFENDANTS' RULE 12(b)(6) MOTIONS TO DISMISS
AS APPLICABLE TO PLAINTIFF'S SECOND AMENDED COMPLAINT; AND ORDER

Dated: April 3, 2018                    ARCHER & GREINER P.C.


                                        By:   _/s/Carlos M. Bollar_____
                                              (as authorized on 4/3/18)
                                              Carlos M. Bollar

                                        Attorneys for Defendant
                                        LUXFER HOLDINGS PLC


Dated: April 3, 2018                    ALEXANDER & ASSOCIATES PC


                                        By:   _/s/Alisyn J. Palla_____
                                              (as authorized on 4/3/18)
                                              Alisyn J. Palla

                                        Attorneys for Defendant
                                        UNIVAR USA INC. and UNIVAR INC.


Dated: April 3, 2018                    STEPTOE & JOHNSON, LLP


                                        By:   _/s/Jay E. Smith_____
                                              (as authorized on 4/2/18)
                                              Jay E. Smith

                                        Attorneys for Defendant
                                        SIGMA-ALDRICH CORPORATION


Dated: April 3, 2018                    MITCHELL CHADWICK, LLP


                                        By:   _/s/Clifton McFarland_____
                                              (as authorized on 3/30/18)
                                              Clifton McFarland

                                        Attorneys for Defendant
                                        THE DOW CHEMICAL COMPANY

6

1    The court adopts the parties' stipulation and orders as follows:

2    1.    The Court will treat Non-Government Defendants' Rule 12(b)(6) motions to

3    dismiss (Dkt. Nos. 27 and 45) as if filed in response to Plaintiff's SAC.

4    2.    The schedule for subsequent briefing, including Plaintiff's opposition to Non-

5    Government Defendant's motions to dismiss and Non-Government Defendants' replies, will be

6    determined pursuant to the Stipulation to Stay Actions and File Amended Complaint, filed on

7    March 20, 2018, once the further stay has been lifted (see Dkt. No. 73, at 5).

8    IT IS SO ORDERED.

9    DATED:  April 10, 2018

10

11    _____
     UNITED STATES DISTRICT JUDGE

STIPULATION TO TREAT NON-GOVERNMENT DEFENDANTS' RULE 12(b)(6) MOTIONS TO DISMISS
AS APPLICABLE TO PLAINTIFF'S SECOND AMENDED COMPLAINT; AND ORDER