VICTOR M. SHER (SBN 96197)
vic@sheredling.com
MATTHEW K. EDLING (SBN 250940)
matt@sheredling.com
TIMOTHY R. SLOANE (SBN 292864)
tim@sheredling.com
**SHER EDLING LLP**
100 Montgomery Street, Ste. 1410
San Francisco, CA 94104
Tel:    (628) 231-2500
Fax:   (628) 231-2929

*Attorneys for Plaintiffs*
*Rio Linda Elverta Community Water District and*
*Sacramento Suburban Water District*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIO LINDA ELVERTA COMMUNITY WATER DISTRICT, | Case No. 2:17-cv-01349-KJM-GGH |
| Plaintiff, | **ORDER** |
| vs. | |
| THE UNITED STATES OF AMERICA, ET AL., | |
| Defendants. | |
| SACRAMENTO SUBURBAN WATER DISTRICT, | Case No. 2:17-cv-01353-KJM-GGH |
| Plaintiff, | |
| vs. | |
| ELEMENTIS CHROMIUM INCORPORATED, ET AL, | |
| Defendants. | |

**ORDER**

Corteva Inc. and DuPont de Nemours, Inc.'s deadline to respond to the amended complaints in each action (Rio Linda Dkt. No. 116; Sacramento Suburban Dkt. No. 122), and the parties' associated rights and obligations, shall be governed by the Stipulated Briefing Schedule (Rio Linda Dkt. No. 96; Sacramento Suburban Dkt. No. 104).

**IT IS SO ORDERED.**

DATED: July 2, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER**  2

SHER EDLING LLP