VICTOR M. SHER (SBN 96197)
vic@sheredling.com
MATTHEW K. EDLING (SBN 250940)
matt@sheredling.com
TIMOTHY R. SLOANE (SBN 292864)
tim@sheredling.com
ADAM M. SHAPIRO (SBN 267429)
adam@sheredling.com
NICOLE E. TEIXEIRA (SBN 305155)
nicole@sheredling.com
KATIE H. JONES (SBN 300913)
katie@sheredling.com
**SHER EDLING LLP**
100 Montgomery St. Suite 1410
San Francisco, CA 94104
Tel: (628) 231-2500
Fax: (628) 231-2929

*Attorneys for Plaintiffs*
*Rio Linda Elverta Community Water District and*
*Sacramento Suburban Water District*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIO LINDA ELVERTA COMMUNITY WATER DISTRICT,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE UNITED STATES OF AMERICA, ET AL.,<br><br>  Defendants. | Case No. 2:17-cv-01349-KJM-CKD<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge: Kimberly J. Mueller<br><br>Actions filed: June 30, 2017 |
| SACRAMENTO SUBURBAN WATER DISTRICT,<br><br>  Plaintiff,<br><br>  vs.<br><br>ELEMENTIS CHROMIUM INCORPORATED, ET AL.,<br><br>  Defendants. | Case No. 2:17-cv-01353-KJM-KJN |

SHER EDLING LLP

**NOTICE OF SUPPLEMENTAL AUTHORITY**

## NOTICE OF SUPPLEMENTAL AUTHORITY

On July 6, 2020, Defendant United States of America ("United States") filed motions to dismiss in the above-captioned cases. *See Rio Linda* Dkt. 129; *Sacramento Suburban* Dkt. 135. Plaintiffs Rio Linda Elverta Community Water District and Sacramento Suburban Water District filed their oppositions to the motion to dismiss on August 5, 2020. *See Rio Linda* Dkt. 139; *Sacramento Suburban* Dkt. 145. The United States filed its reply on August 20, 2020. *See Rio Linda* Dkt. 141; *Sacramento Suburban* Dkt. 147. On September 22, 2020, the Court ordered the motion submitted without oral argument and vacated the prior hearing date of October 16, 2020. *See Rio Linda* Dkt. 145; *Sacramento Suburban* Dkt. 151.

Plaintiffs respectfully submit this Notice of Supplemental Authority to inform the Court of the published decision by the U.S. Court of Appeals for the Ninth Circuit in *Nanouk v. United States*, 974 F.3d 941 (9th Cir. 2020) (attached hereto as Exhibit A). The *Nanouk* opinion, specifically Part III.C, relates to the parties' arguments regarding policy considerations under the second prong of the discretionary function exception test. *See id*. at § III.C.

Dated: October 15, 2020     **SHER EDLING LLP**

By: */s/ Nicole E. Teixeira*
Victor M. Sher
Matthew K. Edling
Timothy R. Sloane
Adam M. Shapiro
Nicole E. Teixeira
Katie H. Jones

*Attorneys for Plaintiffs Rio Linda Elverta Community Water District and Sacramento Suburban Water District*