UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO SUBURBAN WATER DISTRICT,<br><br>            Plaintiff,<br><br>    vs.<br><br>ELEMENTIS CHROMIUM INCORPORATED, ET AL,<br><br>            Defendants. | Case No. 2:17-cv-1353-KJM-KJN<br><br>**ORDER** |
| RIO LINDA ELVERTA COMMUNITY WATER DISTRICT,<br><br>            Plaintiff,<br><br>    vs.<br><br>THE UNITED STATES OF AMERICA, ET AL.,<br><br>            Defendants. | Case No. 2:17-cv-1349-KJM-CKD |

ORDER

Pending before the Court is the United States' Unopposed Motion for Administrative Relief, ECF No. 176, and amended motion, ECF No. 177, submitted pursuant to Local Rule 233. Having considered the motion and for good cause shown, the United States' Unopposed Motion for Administrative Relief is **granted**.  The Federal Rule of Civil Procedure 16 initial case management conference currently scheduled for January 12, 2023, is continued to January 26, 2023, at 2:30 PM.

This order resolves ECF No. 175 and 177.

IT IS SO ORDERED.

DATED: December 23, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE