UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO SUBURBAN WATER DISTRICT,<br><br>        Plaintiff,<br><br>    vs.<br><br>ELEMENTIS CHROMIUM INCORPORATED, ET AL,<br><br>        Defendants. | Case No. 2:17-cv-1353-KJM-KJN<br><br>**ORDER** |
| RIO LINDA ELVERTA COMMUNITY WATER DISTRICT,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE UNITED STATES OF AMERICA, ET AL.,<br><br>        Defendants. | Case No. 2:17-cv-1349-KJM-CKD |

ORDER

Pending before the Court are the United States' Unopposed Motions for Administrative Relief, ECF No. 180 in Case No. 17-1353 and ECF No. 172 in Case No. 17-1349, submitted pursuant to Local Rule 233. Having considered the motions and for good cause shown, the United States' Unopposed Motions for Administrative Relief are **granted**. The deadline for conducting the Federal Rule of Civil Procedure 26(f) conference in both actions is now January 13, 2023, and the deadline to file the Federal Rule of Civil Procedure 26(f) joint discovery plan in both actions is now January 20, 2023.

This order resolves ECF No. 180 in Case No. 17-1353 and ECF No. 172 in Case No. 17-1349.

IT IS SO ORDERED. DATED: January 13, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE