| | |
|---|---|
| Victor M. Sher, SBN 96197<br>vic@sheredling.com<br>Matthew K. Edling, SBN 250940<br>matt@sheredling.com<br>Timothy R. Sloane, SBN 292864<br>tim@sheredling.com<br>Yumehiko Hoshijima, SBN 331376<br>yumehiko@sheredling.com<br>Larken Yackulic, SBN 323090<br>larken@sheredling.com<br>Miranda C. Holeton, SBN 341313<br>miranda@sheredling.com<br>**Sher Edling LLP**<br>100 Montgomery Street, Ste. 1410<br>San Francisco, CA 94104<br>Phone (628) 231-2500<br>Fax: (628) 231-2929<br><br>*Attorneys for Plaintiff Sacramento Suburban Water District* | TODD KIM<br>Assistant Attorney General<br>Environment & Natural Resources Division<br>U.S. Department of Justice<br>DAVID MITCHELL (IL Bar No. 6302250)<br>ERIN DAVIS (NY Bar No. 5343512)<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, DC 20044<br>Telephone: (202) 514-0165<br>Facsimile No.: (202) 514-8865<br>david.mitchell@usdoj.gov<br><br>*Counsel for the United States* |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO SUBURBAN WATER DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>ELEMENTIS CHROMIUM INCORPORATED, ET AL.,<br><br>Defendants. | No. 2:17-cv-01353-KJM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND CASE DEADLINES**<br><br>Judge:   Hon. Kimberly J. Mueller |

# STIPULATION

Plaintiff Sacramento Suburban Water District ("Plaintiff," or the "District") and Defendant United States ("Defendant," or the "United States"), which is the only remaining defendant in this litigation, respectfully submit this Stipulation and Proposed Order to continue case deadlines by approximately 90 days.

## I.  The Parties' Recitations

WHEREAS, the District and the United States (collectively, the "Parties") are the only remaining Parties to this litigation;

WHEREAS, the Parties have sought and received one extension of case deadlines to date, *see* ECF No. 197 (order approving Parties' stipulation at ECF No. 196);

WHEREAS, the Parties have conducted substantial discovery in this case;

WHEREAS, the Parties believe that they have enough information about the District's claim and the United States' counterclaim to enter meditation in an attempt to reach a settlement;

WHEREAS, the Parties have identified and preliminarily agreed to an experienced and qualified mediator;

WHEREAS, the United States must undergo certain contracting and approval processes before the mediator may be formally engaged by the Parties;

WHEREAS, the Parties would like to focus their efforts on preparing for mediation to maximize the probability of resolution, instead of on further fact discovery and expert discovery;

WHEREAS, the Parties believe a 90-day continuance of case deadlines would facilitate mediation efforts, thus promoting efficiency for the Court and the Parties;

WHEREAS, the Parties believe that a 90-day continuance of case deadlines would be beneficial even in the event that mediation does not commence or mediation efforts do not succeed, primarily because a continuance would provide more time to schedule and prepare for Federal Rule of Civil Procedure 30(b)(6) depositions; and

WHEREAS, once the mediation date is formally scheduled, the Parties might seek a temporary stay of this litigation to further facilitate settlement efforts.

## II.     The Parties' Stipulated Agreement

In light of their foregoing recitations, the District and the United States stipulate and agree to the following case management deadlines, which reflect an extension of approximately 90 days,[1] subject to the Court's approval:

- Fact discovery to be completed by July 29, 2024;
- Expert disclosures to be completed by September 16, 2024;
- Rebuttal expert witnesses to be exchanged by October 23, 2024;
- Joint Status Report regarding the status of settlement by October 28, 2024;
- All expert discovery to be completed by November 27, 2024;
- All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, to be heard by Friday, February 6, 2025; and
- If Friday, February 6, 2025, is not an available hearing date, such motions to be heard at the earliest available hearing date after February 6, 2025.

---

[1] Where a 90-day extension would cause a deadline to fall on a weekend day, deadlines have been placed on the following weekday.

|  |  |
|---|---|
| | Respectfully submitted, |
| DATED: March 21, 2024 | */s/ Yumehiko Hoshijima* |
| | Yumehiko Hoshijima |
| | SHER EDLING LLP |
| | |
| | *Attorney for Plaintiff Sacramento Suburban Water District* |
| | |
| DATED: March 21, 2024 | */s/ David Mitchell* |
| | David Mitchell |
| | Erin Davis |
| | U.S. DEPARTMENT OF JUSTICE |
| | Environment & Natural Resources Division |
| | Environmental Defense Section |
| | |
| | *Counsel for the United States* |

# ORDER

Good cause appearing, the parties' stipulated request to extend the case deadlines is **granted as amended** below.

- Fact discovery shall be completed by July 29, 2024;
- Expert disclosures shall be completed by September 16, 2024;
- Rebuttal expert witnesses shall be exchanged by October 23, 2024;
- Joint Status Report regarding the status of settlement shall be filed by October 28, 2024;
- All expert discovery shall be completed by November 27, 2024;
- All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, to be heard by Friday, February 14, 2025.

IT IS SO ORDERED.

DATED: March 27, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE