# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO SUBURBAN WATER DISTRICT, <br><br> Plaintiff, <br><br> v. <br><br> ELEMENTIS CHROMIUM INCORPORATED, et al., <br><br> Defendants. | No. 2:17-cv-01353-KJM-CKD <br><br> ORDER STAYING CASE AND VACATING CASE MANAGEMENT DEADLINES |

The Court has reviewed and considered the parties' Joint Motion to Stay and Vacate Case Management Deadlines. ECF 202. For the reasons provided in the motion and for good cause shown, the Court orders that all proceedings in this case are stayed and all case management deadlines are vacated. The parties shall file a joint status report every 90 days from the date of entry of this order. The parties shall promptly notify the Court if mediation is unsuccessful.

IT IS SO ORDERED.

DATED: May 13, 2024.

CHIEF UNITED STATES DISTRICT JUDGE